## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOSHUA CLOYD and | ) | |
| MATTHEW HAULK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

BNSF RAILWAY COMPANY, by and through its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal of the cause of action styled, *Joshua Cloyd and Matthew Haulk v. BNSF Railway Company*, Cause No. 2016 L 32, originally filed and now pending in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, from said Circuit Court to the United States District Court for the Central District of Illinois, Springfield Division.  In support of its Notice of Removal, Defendant states as follows:

1.      Plaintiffs, Joshua Cloyd and Matthew Haulk, filed a Complaint against BNSF Railway Company on February 5, 2016.  A copy of the Complaint was served upon Defendant BNSF Railway Company on February 25, 2016.  The Complaint is the only document that Plaintiffs have formally served upon BNSF Railway Company.  A true and accurate copy of the Complaint is attached hereto as **Exhibit A**.

2.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as BNSF Railway Company is filing this Notice within 30 days of receiving service of Plaintiffs' Complaint.

3.      At the time the action was commenced and since then, upon information and belief, Plaintiffs were citizens of the State of Illinois working within the town of Lowder, County of Sangamon.  *See* **Exhibit A**, Complaint Counts I and II at ¶ 1.   Defendant BNSF Railway Company is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Texas.

4.      Plaintiffs' Complaint simply alleges that they request "Judgment against the Defendant, BNSF RAILWAY COMPANY, in an amount in excess of $50,000.00 plus costs of this suit, and such other relief as this Court deems equitable and just."  *See* **Exhibit A**, Complaint at 2, 4.  Notwithstanding this request for judgment, this Court may consider all facts relevant to the amount in controversy in this case at the time of this Notice of Removal.  *See Meridian Sec. Ins. Co. v. Sadowski*, 441 F.3d 536, 541 (7th Cir. 2006) (promulgating the preponderance of the evidence test for determining the amount in controversy at the time of removal).

In this personal injury action, Plaintiffs seek to recover damages for alleged severe and permanent personal injuries, alleged past and future medical expenses, alleged past and future pain and suffering, and alleged past and future lost wages.  *See* **Exhibit A**, Complaint Counts I and II at ¶ 7.  Therefore, as it appears from the allegations within Plaintiffs' Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      Because there is complete diversity of the parties and the amount in controversy exceeds $75,000.00, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332.  Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and/or (b).

6.      This action is currently pending in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois.  Therefore, venue in the United States District Court for the Central District of Illinois, Springfield Division, is proper pursuant to 28 U.S.C. § 1441(a).

7.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders that have been served upon Defendant BNSF Railway Company in this case are attached to this Notice of Removal as **Exhibit B**.

8.      BNSF Railway Company will provide written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, as required by 28 U.S.C. § 1446(d).

**DEFENDANT DEMANDS TRIAL BY JURY.**

BNSF RAILWAY COMPANY


BY:  ____s/Stephen J. Heine_____
HEYL, ROYSTER, VOELKER & ALLEN
            Stephen J. Heine
            ARDC# 6180524
            Thomas J. Dluski
            ARDC# 6272147
            Tyler J. Anderson
            ARDC# 6312260


HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, Illinois 61601-6199
Telephone  309.676.0400
Facsimile  309.676.3374

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 17th day of March, 2016.

Mr. John E. Kerley
Attorney at Law
Kerley & Associates, P.C.
1118 South Sixth Street
Springfield, IL  62703

_____s/Stephen J. Heine_____
Stephen J. Heine

SJH/smk
101-10