**E-FILED**
Thursday, 17 March, 2016  11:05:24 AM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

FILED

JOSHUA CLOYD and MATTHEW HAULK,    )
                                   )    FEB 05 2016          11
        Plaintiffs,                )
                                   )    _____ Clerk of the
vs.                                )            Circuit Court
                                   )
                                   )    Case No.: 2016L  00032
BNSF RAILWAY COMPANY,              )
                                   )    **This case seeks damages in**
        Defendant.                 )    **excess of $50,000.00**
                                   )
                                   )    **JURY DEMAND**

## COMPLAINT

### COUNT I
(Joshua Cloyd v. BNSF Railway Company)

NOW COMES Plaintiff, JOSHUA CLOYD by through his attorneys, Jordan A. Homer and John E. Kerley Kerley & Associates, P.C., and for his Complaint against Defendant, BNSF RAILWAY COMPANY, and in support thereof states as follows:

1.  At all times relevant, Plaintiff, JOSHUA CLOYD, was present and working within the town of Lowder, County of Sangamon, State of Illinois.

2.  On February 13, 2014, at approximately 2:00 a.m., Plaintiff, JOSHUA CLOYD, was working at a grain elevator, owned by CHS Incorporated.

3.  Abutting the grain elevator near which Plaintiff, JOSHUA CLOYD, was working, there existed an industrial railroad track. At the aforesaid time and place, BNSF Railway Company was the owner of the railroad tracks which abutted the industrial tracks near which Plaintiff was working and operator of the train traveling along and upon the aforementioned tracks.

A

4.    The Defendant had a duty to ensure that the industrial tracks were clear of debris, ice, and/or other materials prior to utilizing any tracks along which any of its trains and or other equipment would travel.

5.    In breach of the aforesaid duty, Defendant:

    a)    Failed to investigate as to whether the industrial tracks were clear of debris, ice, and/or other materials prior to utilizing those tracks;

    b)    Utilized an industrial track when said track was covered with debris, ice, and/or other materials; and

    c)    Failed to warn those at or near the railroad tracks of the dangers of traveling along and upon railroad tracks covered with debris, ice and/or other materials when such danger was known or should have been known to Defendant.

6.    As a proximate result of the aforementioned breaches of duty, a train operated by Defendant, entered the industrial track which was covered with ice, derailed, and caused Plaintiff, JOSHUA CLOYD, to be injured.

7.    As a direct and proximate result of the aforesaid breaches of duty, Plaintiff, JOSHUA CLOYD, sustained severe and permanent personal bodily injuries, were forced to pay in the past and will pay in the future medical expenses, have undergone and will continue to undergo pain and suffering, and have lost and will continue to lose wages.

WHEREFORE, the Plaintiff, JOSHUA CLOYD, requests Judgment against the Defendant, BNSF RAILWAY COMPANY, in an amount in excess of $50,000.00 plus costs of this suit, and such other relief as this Court deems equitable and just.

PLAINTIFFS DEMAND TRIAL BY JURY

<u>COUNT II</u>
(Matthew Haulk v. BNSF Railway Company)

NOW COMES Plaintiff, MATTHEW HAULK by through his attorneys, Jordan A. Homer and John E. Kerley Kerley & Associates, P.C., and for his Complaint against Defendant, BNSF RAILWAY COMPANY, and in support thereof states as follows:

1. At all times relevant, Plaintiff was present and working within the town of Lowder, County of Sangamon, State of Illinois.

2. On February 13, 2014, at approximately 2:00 a.m., Plaintiff, MATTHEW HAULK, was working at a grain elevator, owned by CHS Incorporated.

3. Abutting the grain elevator near which Plaintiff, MATTHEW HAULK, was working, there existed an industrial railroad track. At the aforesaid time and place, BNSF Railway Company was the owner of the railroad tracks which abutted the industrial tracks near which Plaintiff was working and operator of the train traveling along and upon the aforementioned tracks.

4. The Defendant had a duty to ensure that the industrial tracks were clear of debris, ice, and/or other materials prior to utilizing any tracks along which any of its trains and or other equipment would travel.

5. In breach of the aforesaid duty, Defendant:

    a) Failed to investigate as to whether the industrial tracks were clear of debris, ice, and/or other materials prior to utilizing those tracks;

    b) Utilized an industrial track when said track was covered with

debris, ice, and/or other materials; and

c)   Failed to warn those at or near the railroad tracks of the dangers

of traveling along and upon railroad tracks covered with debris, ice

and/or other materials when such danger was known or should

have been known to Defendant.

6.   As a proximate result of the aforementioned breaches of duty, a train

operated by Defendant, entered the industrial track which was covered

with ice, derailed, and caused Plaintiff, MATTHEW HAULK, to be

injured.

7.   As a direct and proximate result of the aforesaid breaches of duty,

Plaintiff, MATTHEW HAULK, sustained severe and permanent personal

bodily injuries, were forced to pay in the past and will pay in the future

medical expenses, have undergone and will continue to undergo pain and

suffering, and have lost and will continue to lose wages.

**WHEREFORE,** the Plaintiff, MATTHEW HAULK, requests Judgment against

the Defendant, BNSF RAILWAY COMPANY, in an amount in excess of $50,000.00

plus costs of this suit, and such other relief as this Court deems equitable and just.

Respectfully Submitted,
Joshua Cloyd and Matthew Haulk, Plaintiffs

By: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jordan A. Homer, One of Their Attorneys

Jordan A. Homer · Reg. #6320798
John E. Kerley · Reg. #06201458
KERLEY & ASSOCIATES, P.C.
1118 South Sixth Street
Springfield, IL 62703
Telephone: (217) 523-0007
Facsimile: (217) 523-0009
Email: kerleyservice@gmail.com

FILED

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

FEB 05 2016

11

Clerk of the
Circuit Court

| | |
|---|---|
| JOSHUA CLOYD and MATTHEW HAULK, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2016L 00032 |
| vs. ) | |
| ) | |
| BNSF RAILWAY COMPANY, ) | This case seeks damages in excess of $50,000.00 |
| ) | |
| Defendant. ) | JURY DEMAND |
| ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

**NOW COMES** Plaintiffs, JOSHUA CLOYD and MATTHEW HAULK by and through their attorneys Jordan A. Homer and John E. Kerley of KERLEY & ASSOCIATES, P.C. and pursuant to Supreme Court Rule 222(b) states that the damages sought herein for Plaintiffs, JOSHUA CLOYD and MATTHEW HAULK, does exceed Fifty Thousand Dollars ($50,000.00).

Respectfully Submitted,
Joshua Cloyd and Matthew Haulk, Plaintiffs

By: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jordan A. Homer, One of Their Attorneys

Jordan A. Homer · Reg. #6320798
John E. Kerley · Reg. #06201458
KERLEY & ASSOCIATES, P.C.
1118 South Sixth Street
Springfield, IL 62703
Telephone: (217) 523-0007
Facsimile: (217) 523-0009
Email: kerleyservice@gmail.com