IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOSHUA CLOYD and MATTHEW HAULK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BNSF Railway Company. | ) ) |
| Defendant | ) ) Case No. 16-cv-3077 |
| and | ) ) |
| BNSF Railway Company, | ) ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) |
| CHS, Inc. and the Farmers Elevator Company of Lowder, an Illinois Corporation, | ) ) ) ) |
| Third Party Defendants. | ) |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Joshua Cloyd and Matthew Haulk, Defendant/Third Party Plaintiff, BNSF Railway Company, and Third Party Defendants CHS, Inc. and the Farmers Elevator Company of Lowder, an Illinois Corporation through their respective attorneys, hereby stipulate and agree that this entire matter be dismissed with prejudice as to all parties, with each party bearing its own costs and fees.

MRB/adr
461239-1

/s/Anthony J. Novak
Anthony J. Novak, ARDC #MN 351106
tnovak@larsonking.com
LARSON KING, LLP
30 East Seventh Street
Suite 2800
Saint Paul, MN  55101
Telephone: 651-312-6571
Facsimile: 651-312-6618
Attorneys for Third Party Defendant CHS, Inc. and
Farmers Elevator Company of Lowder, an Illinois Corporation


/s/Stephen J. Heine
Stephen J. Heine, ARDC#6180524
sheine@heylroyster.com
HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
Peoria, IL  61601-6199
Telephone: 309-676-0400
Facsimile: 309-676-3374
Attorneys for Defendant/Third Party Plaintiff BNSF Railway Company


/s/John E. Kerley
John E. Kerley
johnkerley@kerleylaw.com
KERLEY & ASSOCIATES, P.C.
1118 South Sixth Street
Springfield, IL  62703
Telephone: 217-523-0007
Facsimile: 217-523-0009
Attorney for Plaintiffs Joshua Cloyd and Matthew Haulk

MRB/adr
461239-1